**Steve B. Malecki, Plaintiff-Appellant, v. Stanley Stoller, Defendant-Appellee.**

**Gen. No. 48,467.** ■

First District, Third Division.
December 28, 1961.

■

George J. Anos and Jules R. Green, of Chicago, for appellant; no brief was filed on behalf of defendant-appellee. Opinion by MR. JUSTICE SCHWARTZ. Not to be published in full.